IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NEIL SCHATTIN,<br><br>    Plaintiff,<br><br>v.<br><br>DAL-ITALIA LLC,<br>Wholly owned subsidiary of,<br>MOHAWK INDUSTRIES, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 13-CV-00220-RAW<br><br>JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Dal-Italia LLC ("Defendant"), files this Notice of Removal and shows as follows:

### INTRODUCTION

1.  On or about December 5, 2011, Plaintiff, Neil Schattin ("Plaintiff"), filed this action in the District Court in Muskogee County, Oklahoma, entitled *Neil Schattin, Plaintiff, v. Dal-Italia LLC, a wholly owned subsidiary of Mohawk Industries, Inc., Defendant*, Case No. CJ-2011-00617 ("State Court Action"). Plaintiff served Defendant with the citation and Petition on or about April 29, 2013.

2.  Plaintiff did not name any other defendants in the State Court Action. Defendant timely filed this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

3.  In the Petition, Plaintiff alleges that Defendant's conduct resulted in a violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, et seq. ("ADEA"), and in the Plaintiff's severe emotional distress. (*See* Ex. C, Pet. ¶¶ 24, 26).

## BASIS FOR REMOVAL

4. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1441 because Plaintiff alleges that Defendant's conduct violated his rights under the ADEA. As a result, a federal question exists in this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under the laws of the United States.

5. Plaintiff's claims are removable, despite the fact that Plaintiff included a state law claim for intentional infliction of emotional distress. That is, this Court has supplemental jurisdiction over Plaintiff's claim for intentional infliction of emotional distress as it forms part of the same case or controversy. 28 U.S.C. §§ 1367(a).

6. Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. § 1331, such that Defendant may remove this action. *See* 28 U.S.C. §§ 1441(a).

## PROCEDURAL STATEMENTS

7. Venue is appropriate in this Court under 28 U.S.C. § 1441(a), because this district and division embrace the place in which the State Court Action is pending.

8. An index of all documents filed in the State Court Action with the date of filing is attached hereto as Exhibits A - C.

9. All pleadings, processes, orders, and other filings in the State Court Action, including the docket sheet, are attached to this Notice of Removal as required by 28 U.S.C. § 1446(a). (*See* Ex. A, Ex. B, and Ex. C.)

10. Defendant will promptly file a true and correct copy of this Notice of Removal with the Clerk of the District Court in Muskogee County, Oklahoma, as required by 28 U.S.C. §1446(d).

11. Written notice of the filing of this Notice of Removal has been or will be given to Plaintiff as required by law.

12. A completed Federal Civil Cover Sheet and the new civil case filing fee of $400.00 accompany this Notice of Removal.

## NO WAIVER

13. By filing this Notice of Removal, Defendant reserves its right either to answer the Complaint and/or assert any claims, defenses, or other motions, including, but not limited to, Rule 12 motions permitted by the Federal Rules of Civil Procedure.

## CONCLUSION

14. For the foregoing reasons, Defendant respectfully requests that further proceedings in the State Court Action be discontinued and that this suit be removed to the United States District Court for the Eastern District of Oklahoma.

Dated: May 17, 2013

Respectfully submitted,

/s/ Lindsay J. McDowell
JO ANNE DEATON, OBA #5938
LINDSAY J. MCDOWELL, OBA #19880
RHODES, HIERONYMUS, JONES,
   TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, OK 74121-1100
(918) 582-1173
(918) 592-3390 (Facsimile)
jdeaton@rhodesokla.com
ljmcdowell@rhodesokla.com

ATTORNEYS FOR DEFENDANT,
DAL-ITALIA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via U.S. mail, to Counsel for Plaintiff, David Warta and Grant Jackson; Smolen Smolen & Roytman, PLLC; 701 S. Cincinnati Ave.; Tulsa, OK 74119 on this 17th day of May, 2013.

/s/ Lindsay J. McDowell
Jo Anne Deaton

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NEIL SCHATTIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: _____ |
| v. | § | |
| | § | |
| DAL-ITALIA LLC, | § | JURY TRIAL DEMANDED |
| Wholly owned subsidiary of, | § | |
| MOHAWK INDUSTRIES, INC., | § | |
| | § | |
| Defendant. | § | |

## INDEX OF STATE COURT DOCUMENTS

The following documents are attached:

**Exhibit A**: Docket Sheet; 5/9/13

**Exhibit B**: Original Summons—Dal-Italia LLC; 3/22/13

**Exhibit C**: Plaintiff's Petition; 3/22/13

Dated: May 17, 2013

          Respectfully submitted,

          /s/ Lindsay J. McDowell
          JO ANNE DEATON, OBA #5938
          LINDSAY J. MCDOWELL, OBA #19880
          RHODES, HIERONYMUS, JONES,
             TUCKER & GABLE, P.L.L.C.
          P.O. Box 21100
          Tulsa, OK 74121-1100
          (918) 582-1173
          (918) 592-3390 (Facsimile)
          jdeaton@rhodesokla.com
          ljmcdowell@rhodesokla.com

          ATTORNEYS FOR DEFENDANT,
          DAL-ITALIA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via U.S. mail, to Counsel for Plaintiff, David Warta and Grant Jackson; Smolen Smolen & Roytman, PLLC; 701 S. Cincinnati Ave.; Tulsa, OK 74119 on this 17th day of May, 2013.

          /s/ Lindsay McDowell