IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NEIL SCHATTIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: 6:13-CV-00220-RAW |
| v. | § | |
| | § | |
| DAL-ITALIA LLC, | § | JURY TRIAL DEMANDED |
| Wholly owned subsidiary of, | § | |
| MOHAWK INDUSTRIES, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Neil Schattin announces to the Court that he wishes to voluntarily to dismiss this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own costs, and requests that the Court enter an order dismissing the case with prejudice.

Dated: July 3, 2014                    Respectfully submitted,

                                       By: /s/ David Warta
                                           David Warta, OBA #20361
                                           *davidwarta@ssrok.com*

                                       SMOLEN, SMOLEN & ROYTMAN, PLLC
                                       701 South Cincinnati Avenue
                                       Tulsa, Oklahoma 74119
                                       Telephone: 918-585-2667
                                       Facsimile: 918-585-2669

                                       **ATTORNEY FOR PLAINTIFF**

APPROVED AS TO FORM AND CONTENT:

/s/ Paul E. Hash
Paul E. Hash (admitted *pro hac vice*)
Lead Counsel
State Bar No. 09198020
hashp@jacksonlewis.com
Julie A. Farmer (admitted *pro hac vice*)
Texas Bar No. No. 24059734
farmer@jacksonlewis.com
JACKSON LEWIS P.C.
500 North Akard, Suite 2500
Dallas, TX  75201
Telephone:	(214) 520-2400
Fax:	(214) 520-2008

-and-

Jo Anne Deaton
OBA No. 5938
jdeaton@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
ONEOK Plaza
100 W. 5th Street, Suite 400
Tulsa, OK  74103-4287
Telephone:	(918) 582-1173
Fax:	(918) 592-3390

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was electronically filed with the clerk for the U.S. District Court, Eastern District of Oklahoma on July 3rd, 2014, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

/s/ David Warta
David Warta

4817-3161-2700, v.  1